UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. LEAHY,<br><br>　　　　　Defendant. | No. 1:23-cv-00823-ADA-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 11) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On June 1, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 8.)  Plaintiff failed to file an amended complaint or otherwise responded to the Court's order.  Therefore, on July 11, 2023, the Court issued an order to show cause why the action should not be dismissed.  (ECF No. 9.)  Plaintiff failed to respond to the order to show cause.  Accordingly, on August 4, 2023, the Magistrate Judge issued Findings and Recommendations recommending dismissal of the action for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief.  (ECF No. 11.)

　　　　On August 10, 2023, Plaintiff filed a first amended complaint.  (ECF No. 12.)  Inasmuch as Plaintiff has now filed an amended complaint, the Court will vacate the Findings and

Recommendations, and screen the first amended complaint in due course.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on August 4, 2023 (ECF No. 11) are VACATED; and

2. The Court will screen Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

UNITED STATES MAGISTRATE JUDGE

2