UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. LEAHY,<br><br>　　　　　　Defendant. | No. 1:23-cv-00823-ADA-SAB (PC)<br><br>ORDER REGARDING DEFENDANTS' NOTICE OF WAIVER<br><br>(ECF Nos. 19, 22) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On September 6, 2023, the Court directed the complaint be electronically served on Defendant J. Leahy and ordered service.  (ECF No. 14.)

　　　　On September 8, 2023, the California Department of Corrections and Rehabilitation (CDCR) filed a notice of e-service waiver pursuant to the Court's September 6, 2023 order.  (ECF No. 16.)

　　　　On October 13, 2023 and October 16, 2023, Defendant Leahy re-filed the notice of e-service waiver by the CDCR as his notice of waiver of service.  Accordingly, although Defendant Leahy did not file the notice on the proper form, despite the Court's advisement, the Court HEREBY ORDERS that the notice of e-service waiver filed on October 13, 2023, is construed as the proper notice of waiver of service by Defendant Leahy and a responsive pleading shall be

filed on or before December 12, 2023-60 days thereafter.

IT IS SO ORDERED.

Dated:   **October 17, 2023**

UNITED STATES MAGISTRATE JUDGE