UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KING,<br><br>          Plaintiff,<br><br>     v.<br><br>J. LEAHY,<br><br>          Defendant. | No. 1:23-cv-00823-NODJ-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 26, 27.) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 14, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on February 15, 2024, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 26.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On January 3, 2024, Defendant filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 27.)

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for February 15, 2024, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __**January 4, 2024**__      _____
UNITED STATES MAGISTRATE JUDGE