UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KING,<br><br>           Plaintiff,<br><br>   v.<br><br>J. LEAHY,<br><br>           Defendant. | No. 1:23-cv-00823-KES-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION AS UNNECESSARY<br><br>(ECF No. 32) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for leave to take the deposition of Plaintiff, filed July 1, 2024.  As stated in the Court's discovery and scheduling order issued on January 4, 2024, "Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendant may depose Plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a deposition, Defendant serves all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1). Pursuant to Federal Rule of Civil Procedure 30(b)(4), the parties may take any deposition under this section by video conference without a further motion or order of the Court."  (ECF No. 29 at ¶ 3.)  Accordingly, Defendants' motion for leave to take Plaintiff's deposition is denied as unnecessary and moot.

IT IS SO ORDERED.

Dated:  **July 2, 2024**

UNITED STATES MAGISTRATE JUDGE

1