UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAUL KING, | No. 1:23-cv-00823-KES-SAB (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| J. LEAHY, | Docs. 38, 40 |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 7, 2025, defendant J. Leahy filed a motion for summary judgment.  Doc. 38.  Plaintiff did not file an opposition to defendant's motion.  On May 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that Leahy's motion be granted.  Doc. 40.  Specifically, the magistrate judge found that there was no genuine dispute of material fact as to whether defendant was aware of a specific threat to plaintiff's safety, and that the evidence indicated defendant was not aware of any such threat, when plaintiff was allegedly attacked by another inmate.  *Id*.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service.  *Id*. at 8.  Plaintiff has not filed any objections and the time to do so has passed.

1    In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
2    this case. After carefully reviewing the file, the Court finds the findings and recommendations
3    to be supported by the record and proper analysis.
4        Accordingly:
5        1.   The findings and recommendations issued on May 16, 2025, Doc. 40, are adopted
6             in full;
7        2.   Defendant Leahy's motion for summary judgment, Doc. 38, is granted; and
8        3.   The Clerk of the Court is directed to enter judgment for defendant Leahy and close
9             this case.

IT IS SO ORDERED.

   Dated:   July 17, 2025                    _____
                                             UNITED STATES DISTRICT JUDGE

2